FILED

AUG 0 7 2025

U.S. DISTRICT COURT
ELKINS WV 26241

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal No. 1:25CR 40 |
| MADISON ZIMCOSKY, | Violation: 18 U.S.C. § 201(b)(2)(C) |
| Defendant. | |

# INFORMATION

The United States Attorney charges that:

## COUNT ONE

(Bribery of Public Official)

Between January 14, 2021 and June 30, 2021, in the Northern District of West Virginia, the defendant **MADISON ZIMCOSKY**, while serving as a federal correctional officer, a public official as defined by Title 18, United States Code, Section 201(a)(1), directly and indirectly corruptly received and accepted something of value personally, in return for being induced to do an act in violation of her official duty, to wit: she accepted United States currency in exchange for smuggling tobacco, alcohol, and other contraband items into Federal Correctional Institution Morgantown on multiple occasions and delivered such items to Federal inmates serving a sentence at that prison, in violation of Title 18, United States Code, Section 201(b)(2)(C).

# FORFEITURE ALLEGATION

(Bribery of Public Official)

Pursuant to Title 28, United States Code, Section 2461(c), Title 18, United States Code, Sections 981(a)(1)(C), 1956(c)(7), 1961(1), and Title 21, United States Code, Section 853, the government will seek the forfeiture of property as part of the sentence imposed in this case; that is, the forfeiture of any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of Title 18, United States Code, Section 201, or a conspiracy to violate such offense, including a money judgment in the amount of at least $31,695.

/s/ Andrew R. Cogar
RANDOLPH J. BERNARD
Acting United States Attorney

Andrew R. Cogar
Assistant United States Attorney

Morgan S. McKee
Assistant United States Attorney